**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN MEGGS,<br>Plaintiff<br>v.<br>JOSEPH DELUCIA LLC,<br>Defendant | Case No.: 2:24-cv-02020-APG-DJA<br>**Order Dismissing Case** |

The plaintiff has not taken action to prosecute his claims against the defendant since July 2025. The clerk of court therefore issued a notice on June 18, 2026, advising the plaintiff that if he took no action in this case within 30 days, the court would dismiss the case for want of prosecution. ECF No. 19. The plaintiff has taken no action.

I THEREFORE ORDER that the plaintiff's complaint (ECF No. 1) is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 25th day of July, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE